**FILED**

APR 1 - 2009

RICHARD W. WIEKING
.IS DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Steven James Nemec,<br><br>Defendant | Case No.: 08-CR-00181-MHP<br><br>ORDER FOR RELEASE OF PASSPORT<br><br>ED/CA Case Numbers:<br>03-CR-0292-JAM &<br>04-CR-0161-JAM<br><br>Judge: Hon. Marilyn H. Patel |

**TO THE CLERK OF THE COURT:**

Jurisdiction in this matter was transferred from the Eastern District of California to the Northern District of California on December 23, 2008.

Pursuant to the Order of this Court dated March 10, 2009, permitting Defendant Steven James Nemec to travel internationally, the Clerk of the Eastern District of California, is hereby directed to release the Defendant's United States Passport held by the Clerk, to the Defendant or his Counsel of Record, Daniel J. Broderick, Esq.

Furthermore, the Clerk of the Court for the Northern District of California shall transmit a copy of this Order to the Clerk for the Eastern District of California.

**IT IS SO ORDERED.**

Dated this ___10___ day of April, 2009

The Honorable Marilyn H. Patel
United States District Judge

//
//

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA,

              Plaintiff,

  v.

STEVEN JAMES NEMEC,

              Defendant.

_____/

Case Number: CR08-00181 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Steven J Nemec
2707 Estelia Drive
Santa Clara, CA.  95051-7002

Dated: April 14, 2009

                               Richard W. Wieking, Clerk
                               By: Anthony Bowser, Deputy Clerk